**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: GLUCAGON–LIKE PEPTIDE–1 RECEPTOR
AGONISTS (GLP–1 RAS) PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 3094

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –51)**

On February 2, 2024, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 717 F.Supp.3d 1370 (J.P.M.L. 2024). Since that time, 145 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Karen S. Marston.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Marston.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,</u> the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 2, 2024, and, with the consent of that court, assigned to the Honorable Karen S. Marston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 30, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD

Feb/3/2026

By: s/ *Michele Hulmer*

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

**IN RE: GLUCAGON–LIKE PEPTIDE–1 RECEPTOR AGONISTS (GLP–1 RAS) PRODUCTS LIABILITY LITIGATION**

MDL No. 3094

### SCHEDULE CTO–51 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 26–00467 | Pringles v. Novo Nordisk Inc et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 26–00553 | WEBB v. NOVO NORDISK A/S et al |
| NJ | 2 | 26–00558 | BOWMAN v. NOVO NORDISK A/S et al |
| NJ | 2 | 26–00645 | PETERS v. NOVO NORDISK A/S et al |
| NJ | 2 | 26–00646 | MAYBERRY v. NOVO NORDISK A/S et al |
| NJ | 2 | 26–00647 | YOUNG v. NOVO NORDISK A/S et al |
| NJ | 2 | 26–00648 | LEWIS v. NOVO NORDISK A/S et al |